IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CEDRIC R. JACKSON, | : | |
| Plaintiff | : | |
| VS. | : | |
| Officers AMY GRANT and SULLIVAN, | : | NO. 5:13-CV-46 (MTT) |
| Defendants | : | |
| _____ | : | **O R D E R** |

On February 7, 2013, the Court received the instant action under 42 U.S.C. § 1983 filed by Plaintiff, **CEDRIC R. JACKSON**, then a prisoner at the Bibb County Law Enforcement Center (the "BCLEC") (Doc. 1).  By Orders dated February 7 and 14, 2013, the Court respectively referred this case to Charles H. Weigle, United States Magistrate Judge, and directed Plaintiff to submit a copy of his prisoner trust fund account statement (Docs. 4 & 5).  Both Orders were mailed to Plaintiff at the BCLEC and were returned to the Court as undeliverable (Docs. 6 & 7).  Plaintiff has not notified this Court of his release or his whereabouts.

As this Court has no information regarding Plaintiff's current address, his complaint is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this 12th day of MARCH, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr